FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA D. MAURER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>    Defendants. | Case No. EDCV 04-01579-DSF (JWJ)<br><br>ORDER ADOPTING<br>SUPERSEDING REPORT<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint, Certified Administrative Record and other papers along with the attached Superseding Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered remanding the decision of the Administrative Law Judge to the Commissioner for further proceedings.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order and the Judgment of this date on the parties.
3  DATED: June 6, 2008

         _____
         DALE S. FISCHER
         United States District Judge