FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA D. MAURER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. EDCV 04-01579-DSF (JWJ)<br><br>JUDGMENT |

　　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that the decision of the administrative law judge is remanded to the Commissioner for further proceedings.

DATED: June 6, 2008

_____
DALE S. FISCHER
United States District Judge